**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE DANIEL D. DOMENICO**

Criminal Case No.: 21-cr-00390-DDD
Courtroom Deputy: Robert R. Keech
Probation Officer: N/A

Date: August 17, 2022
Court Reporter: Julie Thomas
Interpreter: N/A

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Brian Dunn |
|     Plaintiff, | |
| v. | |
| 1. AARON DEEMER THOMAS, | Laura A. Meninger |
|     Defendant. | |

---

## COURTROOM MINUTES

---

## CHANGE OF PLEA HEARING

**10:33 a.m.**    **Court in session.** Defendant present, in custody.

Appearances of counsel.

Defendant sworn.

Defendant advised regarding:

1)     The Plea Agreement;
2)     The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
3)     The objectives and factors in 18 U.S.C. §3553(a).

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Defendant is rearraigned on Counts One and Four of the **Indictment.** Defendant pleads guilty to Counts One and Four of the **Indictment.**

Oral findings are made of record.

**ORDERED:** Plea Agreement and Statement by Defendant in Advance of Plea of Guilty are received**.**

**ORDERED:** Defendant's plea is accepted **OR deferred until sentencing** and defendant is adjudged guilty as charged in **Counts One and Four of the Indictment.**

**ORDERED:** Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDERED:** Sentencing hearing is set **Thursday, December 15, 2022, at 10:30 a.m.**, in Courtroom A-1002, 901 19th Street, Denver, CO. Any hearings other than Sentencing are hereby **VACATED.** Any pretrial motions that are pending are hereby declared moot.

**ORDERED:** Any objections to the presentence report and any motions for departure or variance will be filed within 14 days of receiving the presentence report in accordance with Fed.R.Crim.P.32(f)(1). Any responses to objections or motions shall be filed no later than seven days prior to the sentencing date. **Any requests by the Government for preliminary forfeiture shall be done by written motion.**

**ORDERED:** Defendant is **REMANDED** to the custody of the United States Marshal through the sentencing hearing.

**10:49 a.m.** **Court in recess. <u>Hearing concluded. Total time: :16</u>**